Complaint Exhibit H

**From:** USARMY West Point ID-Training Mailbox FOIA-PA <usarmy.westpoint.id-training.mbx.foia-pa@army.mil>
**Sent:** Monday, April 4, 2022 1:56 PM
**To:** Schriner-Briggs, Jacob (New York) <schrinerbriggsj@ballardspahr.com>

**Cc:** Nawoichyk, John D <john.nawoichyk@westpoint.edu>
**Subject:** RE: U.S. Military Academy, FOIA Appeal (UNCLASSIFIED)

⚠ **EXTERNAL**
CLASSIFICATION: UNCLASSIFIED

Mr. Schriner-Briggs,

What formal process are you looking for if West Point doesn't maintain the records for the Army West Point Athletic Association? The AWPAA is a non-federal entity that is not subject to FOIA. It is, however, subject to NY State's FOIL requests. I have cc'ed Mr. John Nawoichyk for clarity.


V/R,
James J. Bradbury
Management Assistant/FOIA Officer
Building 646, Room 1
West Point, NY
E-Mail:  James.J.Bradbury.civ@army.mil < Caution-mailto:James.J.Bradbury.civ@army.mil >
DESK: 845-938-7313
DSN: 688-7313

"Aequitas actionum regula"


**From:** Schriner-Briggs, Jacob <schrinerbriggsj@ballardspahr.com < Caution-mailto:schrinerbriggsj@ballardspahr.com > >
**Sent:** Monday, April 4, 2022 12:39 PM
**To:** USARMY West Point ID-Training Mailbox FOIA-PA <usarmy.westpoint.id-training.mbx.foia-pa@army.mil < Caution-mailto:usarmy.westpoint.id-training.mbx.foia-pa@army.mil > >
**Cc:** Oberlander, Lynn <oberlanderl@ballardspahr.com < Caution-mailto:oberlanderl@ballardspahr.com > >
**Subject:** [URL Verdict: Unknown][Non-DoD Source] RE: U.S. Military Academy, FOIA Appeal (UNCLASSIFIED)


All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

West Point FOIA Office,

We are following up on our request for formal processing of the previously transmitted appeal. If

that process comes from your office, please provide it. If it comes from a separate office, please forward the appeal to them or let us know which office to direct the appeal to ourselves.

Best regards,

Jacob

---

**From:** Schriner-Briggs, Jacob (New York)
**Sent:** Thursday, March 24, 2022 4:24 PM
**To:** 'USARMY West Point ID-Training Mailbox FOIA-PA' <usarmy.westpoint.id-training.mbx.foia-pa@army.mil < Caution-mailto:usarmy.westpoint.id-training.mbx.foia-pa@army.mil > >
**Cc:** Oberlander, Lynn (New York) <oberlanderl@ballardspahr.com < Caution-mailto:oberlanderl@ballardspahr.com > >
**Subject:** RE: U.S. Military Academy, FOIA Appeal (UNCLASSIFIED)

West Point FOIA Office,

The question of FOIA's applicability to the AWPAA is a central issue raised in the appeal letter. Can you please forward this letter to the office that processes FOIA administrative appeals from denials by the Military Academy? If that office is this office, can you provide us with formal process? This would include a written denial and notification "of the provisions for judicial review" as required by FOIA, 5 U.S.C. § 552(a)(6)(A)(ii).

Best regards,

Jacob

---

**From:** USARMY West Point ID-Training Mailbox FOIA-PA <usarmy.westpoint.id-training.mbx.foia-pa@army.mil < Caution-Caution-mailto:usarmy.westpoint.id-training.mbx.foia-pa@army.mil < Caution-mailto:usarmy.westpoint.id-training.mbx.foia-pa@army.mil %3c Caution-Caution-mailto:usarmy.westpoint.id-training.mbx.foia-pa@army.mil > > >
**Sent:** Wednesday, March 23, 2022 2:39 PM
**To:** Schriner-Briggs, Jacob (New York) <schrinerbriggsj@ballardspahr.com < Caution-Caution-mailto:schrinerbriggsj@ballardspahr.com < Caution-mailto:schrinerbriggsj@ballardspahr.com %3c Caution-Caution-mailto:schrinerbriggsj@ballardspahr.com > > >
**Subject:** RE: U.S. Military Academy, FOIA Appeal (UNCLASSIFIED)

⚠ **EXTERNAL**
CLASSIFICATION: UNCLASSIFIED

Mr. Schriner-Briggs,

Good afternoon, AWPAA is a private company that is not required to answer FOIA. If you want information from the company, you should contact AWPAA. AWPAA is subject to New York's

Freedom of Information Law (FOIL).

V/R,
The West Point FOIA Office
Building 646, Room 1
West Point, NY
E-Mail: [usarmy.westpoint.id-training.mbx.foia-pa@army.mil](mailto:usarmy.westpoint.id-training.mbx.foia-pa@army.mil) < Caution-mailto:usarmy.westpoint.id-training.mbx.foia-pa@army.mil > < Caution-Caution-mailto:usarmy.westpoint.id-training.mbx.foia-pa@army.mil >
DESK: 845-938-7313
DSN: 688-7313

**From:** Schriner-Briggs, Jacob <schrinerbriggsj@ballardspahr.com < Caution-Caution-mailto:schrinerbriggsj@ballardspahr.com < Caution-mailto:schrinerbriggsj@ballardspahr.com %3c Caution-Caution-mailto:schrinerbriggsj@ballardspahr.com > > >
**Sent:** Tuesday, March 22, 2022 4:18 PM
**To:** Bradbury, James J CIV (USA) <james.j.bradbury.civ@army.mil < Caution-Caution-mailto:james.j.bradbury.civ@army.mil < Caution-mailto:james.j.bradbury.civ@army.mil %3c Caution-Caution-mailto:james.j.bradbury.civ@army.mil > > >; USARMY West Point ID-Training Mailbox FOIA-PA <usarmy.westpoint.id-training.mbx.foia-pa@army.mil < Caution-Caution-mailto:usarmy.westpoint.id-training.mbx.foia-pa@army.mil < Caution-mailto:usarmy.westpoint.id-training.mbx.foia-pa@army.mil %3c Caution-Caution-mailto:usarmy.westpoint.id-training.mbx.foia-pa@army.mil > > >
**Cc:** Oberlander, Lynn <oberlanderl@ballardspahr.com < Caution-Caution-mailto:oberlanderl@ballardspahr.com < Caution-mailto:oberlanderl@ballardspahr.com %3c Caution-Caution-mailto:oberlanderl@ballardspahr.com > > >
**Subject:** [URL Verdict: Neutral][Non-DoD Source] U.S. Military Academy, FOIA Appeal

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Dear Mr. Bradbury:

Find attached an administrative appeal of West Point's recent denials of FOIA requests made by Sportico reporter Daniel Libit. We look forward to your response.

Best regards,

Jacob

## Jacob M. Schriner-Briggs
**He / Him / His**

[?] < Caution-Caution-http://www.ballardspahr.com/ >

1675 Broadway, 19th Floor
New York, NY 10019-5820 < Caution-Caution-http://maps.apple.com/?address=1675%20Broadway,19th%20Floor,New%20York,NY,10019-5820 >     < Caution-Caution-http://maps.apple.com/?address=,,,, >
646.346.8024 < tel:646.346.8024 >   DIRECT

330.727.9118 < TEL:330.727.9118 > MOBILE|SCHRINERBRIGGSJ@BALLARDSPAHR.COM > CAUTION-MAILTO:|SCHRINERBRIGGSJ@BALLARDSPAHR.COM > < Caution-Caution-mailto:schrinerbriggsj@ballardspahr.com > < Caution-Caution-mailto:schrinerbriggsj@ballardspahr.com >
VCARD < CAUTION-CAUTION-HTTPS://VCARD.BALLARDSPAHR.COM/API/SIGNATURE/?VKEY=3A3D255DB4902A0001B094C2AA24146A&FORMAT=VCARD >

Caution-Caution-www.ballardspahr.com < Caution-Caution-http://www.ballardspahr.com/ >

*Not admitted to practice in any jurisdiction.*

CLASSIFICATION: UNCLASSIFIED

CLASSIFICATION: UNCLASSIFIED

CLASSIFICATION: UNCLASSIFIED