Complaint Exhibit S

| | |
|---|---|
| **Subject:** | RE: Administrative appeal for Oct. 7 and Nov. 15 FOIA requests |
| **Date:** | Monday, December 5, 2022 at 2:42:31 PM Eastern Standard Time |
| **From:** | USARMY West Point ID-Training Mailbox FOIA-PA |
| **To:** | Eberly, Kelsey, abigail.howard@westpoint.edu |
| **CC:** | Stich, Stephen, Daniel Libit, Henry Ishitani, Julia Peoples, Samantha Stroman |
| **Attachments:** | image001.png |

Good afternoon Ms. Eberly,

First, I have no written release from Mr. Libit regarding speaking with you about any potential FOIA requests to wit as a third party requester. You would need to provide a written and signed statement from Mr. Libit as he is the original requester. You may submit your own FOIA request for information regarding Mr. Libit.

Secondly, you are confusing two separate organizations, the garrison at West Point which falls under the Freedom of Information Act and the Army West Point Athletic Association that is a private 503c which does not have to respond to FOIA requests.

Please remit written and signed correspondence from Mr. Libit informing this FOIA office if we may release any information to you on his behalf.


V/R,
James J. Bradbury
Management Assistant/FOIA Officer
Installation Management Command
Building 646, Room 1
West Point ,NY
DESK: 845-938-7313
DSN: 688-7313
HOURS: Monday-Friday 0800-1200 , 1300-1600

We are the Army's Home - Serving the rugged Professional

Learn more at www.imcom.army.mil <http://www.imcom.army.mil/>

Learn more at www.westpoint.army.mil <http://www.westpoint.army.mil/>


ATTENTION: The information contained in this communication and any accompanying attachments is intended for the sole use of the named addresses/recipients to whom it is addressed in their conduct of official business of the United States Government.  This communication may contain information that is exempt from disclosure under the Freedom of Information Act, 5 U.S.C. 552 and the Privacy Act, 5 U.S.C.552a.  Addressees/recipients are not to disseminate this communication to individuals other than those who have an official need to know the information in the course of their official government duties.  If you received this communication in error, any disclosure, copying, distribution, or the taking of any action on this information is prohibited.  If you received this confidential electronic mailing in error, please notify the sender by a "reply to sender only" message, delete this email immediately and destroy all electronic and hard copies of the communication, including attachments.

**From:** Eberly, Kelsey <kelsey.eberly@yale.edu>
**Sent:** Monday, December 5, 2022 11:51 AM
**To:** USARMY West Point ID-Training Mailbox FOIA-PA <usarmy.westpoint.id-training.mbx.foia-pa@army.mil>; abigail.howard@westpoint.edu
**Cc:** Stich, Stephen <stephen.stich@yale.edu>; Daniel Libit <djlibit@gmail.com>; Henry Ishitani <henry.ishitani@YLSClinics.org>; Julia Peoples <julia.peoples@YLSClinics.org>; 'Samantha Stroman' <samantha.stroman@YLSClinics.org>
**Subject:** [Non-DoD Source] Administrative appeal for Oct. 7 and Nov. 15 FOIA requests

Dear Mr. Bradbury and Ms. Howard,

Please find attached an administrative appeal of the United States Military Academy's and the Army West Point Athletic Association's denials (or partial denial) of the FOIA requests made by our client, reporter Daniel Libit, on October 7, 2022 and November 15, 2022, respectively.

Could you direct this appeal to the relevant authority, or provide us with the name and title of the Initial Denial Authority (IDA) so that we may do so?

Kind regards,

Kelsey


**Kelsey R. Eberly**
Clinical Lecturer | Abrams Fellow
Media Freedom & Information Access Clinic
Yale Law School
609-744-4359
(she/her/hers)

