# MESSNER REEVES LLP

MIKHAIL A. SHAH
mshah@messner.com

DIRECT DIAL:
(646) 663-1856

March 6, 2023

<u>*Via ECF*</u>
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Libit v. United States Military Academy et al.*
              *7:23-cv-00845-KMK*

Dear Honorable Karas:

    My office represents Army West Point Athletic Association, Inc. ("AWPAA") in the above-captioned matter. This letter is respectfully submitted to request an extension of AWPAA's time to file a responsive pleading to Plaintiff's Complaint until March 31, 2023.

    The undersigned was recently retained by AWPAA and will need some time to review the allegations asserted in the Complaint and speak with my client in order to adequately and fully respond to the Complaint. I have conferred with counsel for Plaintiff who has consented to this request. The is the first request for an extension of this deadline.

    Thank you in advance for your time and consideration.

                                                    Respectfully submitted,

                                                    Mikhail A. Shah
                                                  MESSNER REEVES LLP

cc:    David A. Schulz, Esq.
        *Counsel for Plaintiff*