

# MESSNER REEVES LLP

MIKHAIL A. SHAH
mshah@messner.com

**MEMORANDUM ENDORSED**

DIRECT DIAL:
(646) 663-1856

March 23, 2023

*Via ECF*
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Libit v. United States Military Academy et al.*
              *7:23-cv-00845-KMK*

Dear Honorable Karas:

      As you know, my office represents Army West Point Athletic Association, Inc. ("AWPAA") in the above-captioned matter. This letter is respectfully submitted to request a further extension of AWPAA's time to file a responsive pleading to Plaintiff's Complaint until April 17, 2023.

      The undersigned is in the process of speaking with and gathering the relevant documents from co-defendant United States Military Academy ("USMA") and needs additional time to respond to the Complaint. Additionally, USMA's response is also due April 17, 2023, so there should not be undue delay. I have conferred with counsel for Plaintiff who has consented to this request.

      Thank you in advance for your time and consideration.

Granted, but there will be no further such extensions.

So Ordered.

3/23/23

Respectfully submitted,

Mikhail A. Shah
MESSNER REEVES LLP

cc:    David A. Schulz, Esq.
        *Counsel for Plaintiff*

{07227293 / 1}
88 Pine Street | 24th Floor | New York, NY 10005 | 646 663 1860 *main* | 646 663 1895 *fax*