**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 9, 2023

**Via ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:   *Daniel Libit v. United States Military Academy et al.*,
           **23 Civ. 00845 (KMK)**

Dear Judge Karas:

       This Office represents the United States Military Academy (the "Academy" or the "Government") in this action brought by Plaintiff Daniel Libit under the Freedom of Information Act ("FOIA"). I write respectfully on behalf of all the parties to request a two-week adjournment of the initial conference scheduled for May 11, 2023 and a corresponding extension of time to submit a proposed case management and discovery schedule. The reason for this request is that on May 4, 2023, the parties engaged in discussions about a potential resolution of this matter and the Defendants need additional time to determine their position. This is the parties' first request for an adjournment of the initial conference.

       I thank the Court for its consideration of this request.

Granted. The 5/11/23 conference is adjourned to 6/1/23, at 10:00.

So Ordered.
5/9/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/ Elizabeth J. Kim
      ELIZABETH J. KIM
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2745
      E-mail: Elizabeth.Kim@usdoj.gov

cc: David A. Schulz, Esq., *Plaintiff's counsel* (via ECF)
    Mikhail Shah, Esq., *Army West Point Athletic Association's counsel* (via ECF)