

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 18, 2023

**By ECF**
The Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Daniel Libit v. United States Military Academy et al.*, No. 23 Civ. 00845 (KMK)

Dear Judge Karas:

      This Office represents the United States Military Academy (the "USMA" or the "Government") in this action brought by Plaintiff Daniel Libit ("Plaintiff") under the Freedom of Information Act ("FOIA"). This case concerns FOIA requests submitted by Plaintiff to USMA and the Army West Point Athletic Association ("AWPAA") seeking records concerning USMA's intercollegiate athletics programs.

      Since the parties' last status update of July 20, 2023, USMA made a production of non-exempt records responsive to Mr. Libit's FOIA request on August 18. At this time, USMA believes that it has produced all non-exempt records responsive to Mr. Libit's FOIA requests. Plaintiff is reviewing redactions made to those records and the parties will confer regarding eleven (11) pages that were withheld in their entirety. With regard to Mr. Libit's October 7, 2022 FOIA request (as further narrowed on November 21, 2022) that seeks certain emails of General Darryl A. Williams from an "army.mil" email account, USMA did not identify any responsive records. However, USMA is investigating whether the General used any other email addresses during the relevant period for USMA work. If he did, USMA will deem Mr. Libit's October 7, 2022 FOIA request to include such email addresses and conduct supplemental searches for responsive records.

    AWPAA has also made a production of non-exempt records responsive to Mr. Libit's request, which was produced to Plaintiff on September 15. Several of the remaining documents requested by Plaintiff in the aforementioned FOIA request include information that may potentially be withheld pursuant to 5 U.S.C. § 552(b)(4). As required, AWPAA has contacted the submitting parties who have an interest in the content of the documents and are currently working to determine the extent of the responsive records and proper redactions therein. There are also several responsive email communications between Messner Reeves LLP, AWPAA and USMA, which AWPAA plans to withhold in full pursuant to 5 U.S.C. § 552(b)(5). It is the current belief of AWPAA that all remaining responsive, non-exempt records can be produced in one additional production.

\* \* \* \* \*

The parties thank the Court for its consideration of this joint status report and propose to file their next joint status report within 60 days, or by Tuesday, November 14, 2023.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:    */s/ Elizabeth J. Kim*
        ELIZABETH J. KIM
        Assistant United States Attorney
        Tel.:   (212) 637-2745
        Email: Elizabeth.Kim@usdoj.gov

        MEDIA FREEDOM & INFORMATION
        ACCESS CLINIC

        By: */s/ David A. Schulz*
        David A. Schulz, Supervising Attorney
            (S.D.N.Y. Bar No. DS-3180)
        MEDIA FREEDOM & INFORMATION ACCESS CLINIC
        ABRAMS INSTITUTE
        Yale Law School
        1675 Broadway, 19th Floor
        New York, NY 10019
        Tel: (212) 850-6103
        schulzd@ballardspahr.com

        Jennifer Borg, Supervising Attorney
            (S.D.N.Y. Bar No. JB0361)
        Kelsey R. Eberly, Supervising Attorney
            (Admitted Pro Hac Vice)
        MEDIA FREEDOM & INFORMATION ACCESS CLINIC
        ABRAMS INSTITUTE
        Yale Law School
        127 Wall St.
        New Haven, CT 06511
        Tel: (201) 280-5501
        jborg@ylsclinics.org
        kelsey.eberly@yale.edu
        *Counsel for Plaintiff*

MESSNER REEVES LLP

_____
Mikhail A. Shah, Esq.
88 Pine Street | Suite 2450
New York, NY 10005
Tel: 646-663-1860
Email: mshah@messner.com
*Counsel for AWPAA*