**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 13, 2025

**By ECF**
The Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:   *Daniel Libit v. United States Military Academy et al.*, No. 23 Civ. 00845 (KMK)

Dear Judge Karas:

      This Office represents the United States Military Academy (the "USMA" or the "Government") in this action brought by Plaintiff Daniel Libit ("Plaintiff") under the Freedom of Information Act ("FOIA"). This case concerns FOIA requests submitted by Plaintiff to USMA and the Army West Point Athletic Association ("AWPAA") seeking records concerning USMA's intercollegiate athletics programs.

      As explained in the parties' prior status update of September 13, 2024, *see* Dkt No. 50, USMA made a fifth production of responsive, non-exempt records on August 14, 2024, which completed USMA's response to the FOIA requests.

      AWPAA has completed production of documents in AWPAA possession responsive to Plaintiff's FOIA requests with the exception of the requested amendments to the redactions within those documents labeled AWPAA 000304-000307 and AWPAA 000308-000313. Due to reorganization within the AWPAA leadership personnel structure and the necessary involvement of third parties, AWPAA requires additional time to respond to Plaintiff's request to produce the unredacted portions of two agreements which involves both AWPAA and several third parties who have an interest in the requested information at issue. AWPAA counsel has sought direct involvement with these relevant third parties with the intent to accelerate the determination on the outstanding request.

      *          *          *          *          *

The parties thank the Court for its consideration of this joint status report and propose to file their next joint status report within about 60 days, or by March 14, 2025.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: */s/ Elizabeth J. Kim*
ELIZABETH J. KIM
Assistant United States Attorney
Tel.:    (212) 637-2745
Email: Elizabeth.Kim@usdoj.gov

MEDIA FREEDOM & INFORMATION ACCESS CLINIC

By: */s/ David A. Schulz*
David A. Schulz, Supervising Attorney
        (S.D.N.Y. Bar No. DS-3180)
MEDIA FREEDOM & INFORMATION ACCESS CLINIC
ABRAMS INSTITUTE
Yale Law School
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6103
schulzd@ballardspahr.com

Jennifer Borg, Supervising Attorney
        (S.D.N.Y. Bar No. JB0361)
MEDIA FREEDOM & INFORMATION ACCESS CLINIC
ABRAMS INSTITUTE
Yale Law School
127 Wall St.
New Haven, CT 06511
Tel: (201) 280-5501
jborg@ylsclinics.org
*Counsel for Plaintiff*

MESSNER REEVES LLP

Mikhail A. Shah, Esq.

2

88 Pine Street | Suite 2450
New York, NY 10005
Tel: 646-663-1860
Email: mshah@messner.com
*Counsel for AWPAA*

Granted.

So Ordered.

1/14/25