

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 14, 2024

**By ECF**
The Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Daniel Libit v. United States Military Academy et al.*, No. 23 Civ. 00845 (KMK)

Dear Judge Karas:

      This Office represents the United States Military Academy (the "USMA" or the "Government") in this action brought by Plaintiff Daniel Libit ("Plaintiff") under the Freedom of Information Act ("FOIA"). This case concerns FOIA requests submitted by Plaintiff to USMA and the Army West Point Athletic Association ("AWPAA") seeking records concerning USMA's intercollegiate athletics programs.

      As explained in the parties' prior status update of September 13, 2024, *see* Dkt No. 50, USMA made a fifth release of responsive, non-exempt records on August 14, 2024, which completed USMA's response to the FOIA requests.

      AWPAA is completing a response to Plaintiff's request to amend and remove redactions contained in productions labeled AWPAA 000304-307 and AWPAA 000308-313, which contains financial information of several entities including CBS Sports and the Naval Academy Athletic Association. It is AWPAA's position that this private contractual information is likely to result in harm if released. AWPAA and Plaintiff's counsel will confer on the 5 U.S.C. § 552(b)(4) exemptions at issue. Other than those potential amended redactions within the documents Bates labeled AWPAA 000304-000313, AWPAA has completed the production of non-exempt records responsive to Plaintiff's FOIA requests.

      \*    \*    \*    \*    \*

      The parties thank the Court for its consideration of this joint status report and propose to file their next joint status report within about 60 days, or by May 13, 2025.

Respectfully,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: */s/ Elizabeth J. Kim*
ELIZABETH J. KIM
Assistant United States Attorney
Tel.:         (212) 637-2745
Email: Elizabeth.Kim@usdoj.gov

MEDIA FREEDOM & INFORMATION ACCESS CLINIC

By: */s/ David A. Schulz*
David A. Schulz, Supervising Attorney
     (S.D.N.Y. Bar No. DS-3180)
MEDIA FREEDOM & INFORMATION ACCESS CLINIC
ABRAMS INSTITUTE
Yale Law School
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6103
schulzd@ballardspahr.com

Jennifer Borg, Supervising Attorney
     (S.D.N.Y. Bar No. JB0361)
MEDIA FREEDOM & INFORMATION ACCESS CLINIC
ABRAMS INSTITUTE
Yale Law School
127 Wall St.
New Haven, CT 06511
Tel: (201) 280-5501
jborg@ylsclinics.org
*Counsel for Plaintiff*

MESSNER REEVES LLP

Mikhail A. Shah, Esq.
88 Pine Street | Suite 2450
New York, NY 10005
Tel: 646-663-1860
Email: mshah@messner.com
*Counsel for AWPAA*